UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRIAN FISCHLER,
                             Plaintiff,            21 Civ. 7236 (LGS)

          -against-                        ORDER

SPICE CREAMERY LLC,
                            Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated September 15, 2021, required the parties to file a proposed case management plan and joint letter seven days before the initial pretrial conference.  (Dkt. No. 5.)

    WHEREAS, the initial pretrial conference is currently scheduled for November 4, 2021, at 10:40 a.m.

    WHEREAS, Defendant has not appeared, and the parties have not filed a proposed case management plan and joint letter.  It is hereby

    **ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **November 2, 2021**, at **noon**.  If Plaintiff has not been in communication with Defendant, he shall file a status letter regarding his efforts to serve Defendant and request an adjournment of the initial conference as soon as possible and no later than **November 2, 2021**, at **noon**.

Dated: October 29, 2021
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                      **UNITED STATES DISTRICT JUDGE**