UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                     :
BRIAN FISCHLER,                                    :
                                      Plaintiff,        :        21 Civ. 7236 (LGS)
                                                           :
             -against-                      :        <u>ORDER</u>
                                                           :
SPICE CREAMERY LLC,                  :
                                  Defendant.  :
------------------------------------------------------------:
                                                            X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an initial conference was scheduled for November 4, 2021, at 10:40 a.m. (Dkt. No. 5.)

       WHEREAS, the Order dated September 15, 2021, required the parties to file a proposed case management plan and joint letter seven days before the initial pretrial conference.  (Dkt. No. 5.)

       WHEREAS, as of October 29, 2021 Defendant had not appeared, and the parties had not filed a proposed case management plan and joint letter.  The same day, the Court directed either (1) the parties to file the joint status letter and proposed case management plan by November 2, 2021, or (2) Plaintiff to file a status letter regarding his efforts to serve Defendant and request an adjournment of the initial conference by November 2, 2021.  (Dkt. No. 7.)

       WHEREAS, on November 2, 2021, Plaintiff filed a status report indicating that Defendant's counsel had contacted Plaintiff on November 1, 2021, and requested a sixty-day adjournment of the initial conference to allow Defendant "to investigate the allegations and to file a responsive pleading."  (Dkt. No. 8.)

       WHEREAS, on November 2, 2021, the Court granted the application in part and adjourned the conference to November 18, 2021.  (Dkt. No. 9.)

       WHEREAS, on November 8, 2021, Plaintiff filed a letter motion seeking an extension of

Defendant's time to answer or otherwise respond to the complaint and an adjournment the initial conference until after Defendant filed its responsive pleading.  (Dkt. No. 10.)

WHEREAS, on November 9, 2021, the Court granted the application, directed Defendant to answer or otherwise respond to the complaint by November 30, 2021, and adjourned the initial conference scheduled for November 18, 2021, to December 2, 2021.  (Dkt. No. 11.)

WHEREAS, the parties failed to file the proposed case management plan and joint letter seven days before the initial pretrial conference.  (*See* Dkt. No. 5.)  It is hereby

**ORDERED** that, by **November 30, 2021**, the parties shall file a joint letter and proposed case management plan.

Dated: November 29, 2021
   New York, New York

                   LORNA G. SCHOFIELD
                   **UNITED STATES DISTRICT JUDGE**